# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-five.

Before:     Debra Ann Livingston,
              *Chief Judge,*
         Jon O. Newman,
         Richard J. Sullivan,
               *Circuit Judges.*

---

Mario Lalama Gomez,                           **ORDER**

    Petitioner - Appellant,              Docket No. 25-386

  v.

United States of America,

    Respondent - Appellee,

MDC Brooklyn Warden,

    Respondent.

---

    Appellant Mario Lalama Gomez requests the Court stay issuance of the mandate to permit Appellant to petition for rehearing en banc and/or petition for a writ of certiorari.

    IT IS HEREBY ORDERED that the motion is DENIED.

                                            For the Court**:**
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

