**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-five.

Before:  Debra Ann Livingston,
　　　　　　*Chief Judge*,
　　　　Jon O. Newman,
　　　　Richard J. Sullivan,
　　　　　　*Circuit Judges*.

_____

Mario Lalama Gomez,

　　　Petitioner - Appellant,

**JUDGMENT**

　v.

Docket No. 25-386

United States of America,

　　　Respondent - Appellee,

MDC Brooklyn Warden,

　　　Respondent.
_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/11/2025